IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

T. O. C.,

      Appellant,

v.

BETHANY CHRISTIAN
SERVICES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3419

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

Robert C. Allen of Robert C. Allen, P.A., Pensacola; Candice K. Brower of the Office of the Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee; and Anna L. Uniacke of the Office of Jeffrey E. Lewis, Criminal Conflict and Civil Regional Counsel, Pensacola, for Appellant.

Gayle J. Ryba of Gayle J. Ryba, P.A., for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.